# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | **SEALED** |
| v. | ) | |
| | ) | Case No. 3:22-mj-00074 |
| Christopher David Michalski | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **February 2022 and April 14, 2022** in the county of **Marion** in the **_____** District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 875(c) | Interstate Communication of Threats: On or about and between February 2022 and April 14, 2022, within the District of Oregon, the defendant Christopher David Michalski did knowingly and willfully transmit in interstate and foreign commerce a communication containing a threat to injure a person, to-wit: employees of Robinhood and their family members, in violation of Title 18, United States Code, Section 875(c). |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Peter A. Jackson.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

Peter A. Jackson, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **5:00** a.m./p.m.

Date: **April 25, 2022**

*Judge's signature*

City and state: **Portland, Oregon** — Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*